UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OSCAR MORENO, an individual,

Plaintiff,

v.

NISSAN NORTH AMERICA, INC., a Delaware corporation; MOSSY NISSAN NATIONAL CITY, a business entity form unknown; and DOES 1 through 50, inclusive,

Defendants.

Case No.: 3:26-cv-1227-WQH-DDL

**ORDER**

HAYES, Judge:

On February 25, 2026, Defendant Nissan North America, Inc. ("Defendant"), removed this action to this Court and filed an Answer. (ECF Nos. 1, 2.) On March 27, 2026, Plaintiff Oscar Moreno ("Plaintiff") filed a Motion to Remand challenging Defendant's showing of an adequate amount in controversy for diversity jurisdiction. (ECF No. 6.) The Motion to Remand remains pending on the docket. The docket reflects that no opposition was filed.

Shortly thereafter, Plaintiff and Defendant (collectively, the "Parties") filed a Notice of Settlement on April 17, 2026. (ECF No. 9.) On October 23, 2026, the Parties filed a Joint Motion to Dismiss with prejudice. (ECF No. 16.)

Federal courts are courts of limited jurisdiction. *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994). Under 28 U.S.C. § 1332, the matter in controversy must exceed $75,000, exclusive of interest and costs. 28 U.S.C. § 1332. The Court finds that the Defendant's Notice of Removal contains "a plausible allegation that the amount in controversy exceeds the jurisdictional threshold." *Dart Cherokee Basin Operating Co., LLC v. Owens*, 574 U.S. 81, 89 (2014). Thus, this Court has subject matter jurisdiction.

IT IS HEREBY ORDERED that the Joint Motion to Dismiss (ECF No. 16) is granted. This action is dismissed with prejudice. The Clerk of Court shall close this case.

IT IS FURTHER ORDERED that the pending Motion to Remand (ECF No. 6) is denied as moot.

Dated: 10/30/2026

Hon. William Q. Hayes
United States District Court